IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

WALDEMAR CHABOWSKI,
        Plaintiff       :    **REMOVAL NOTICE**

    v.       :    Civil Action No.:

CATERPILLAR INC. and
and MILTON CAT,
        Defendants.   :

---

**TO:**    David W. Olson, Esq.        Campbell, Campbell, Edwards & Conroy
        Brown Chiari, LLP        One Constitution Plaza
        5775 Broadway        Boston, Massachusetts 02129
        Lancaster, New York 14086-2360    *Counsel for Defendant Caterpillar*
        *Counsel for Plaintiff*

**PLEASE TAKE NOTICE** that defendant Milton CAT has filed a Notice in the United States District Court for the Western District of New York for removal of this action.

**PLEASE TAKE FURTHER NOTICE** that Milton CAT has at the same time filed with the United States District Court for the Western District of New York, a copy of the only pleading filed in this case to date, which was received on January 26, 2007, and which was filed and entered in the Erie County Supreme Court. A copy of said Notice of Removal is attached to this Notice and is hereby served upon you.

DATED:    February 21, 2007        Respectfully submitted,

        McNAMEE, LOCHNER, TITUS
        WILLIAMS, P.C.

        By:    _/s/ Scott A. Barbour_
        Scott A. Barbour, Esq.
        Attorneys for Defendant Milton CAT
        677 Broadway
        P.O. Box 459
        Albany, New York 12201-0459
        (518) 447-3213