UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALDEMAR CHABOWSKI

                Plaintiff

  vs.                                                      **NOTICE OF MOTION**
                                                               Docket No. 1:07-cv-102

CATERPILLAR, INC and
MILTON CAT

                Defendants

---

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiff, by and through his attorneys, BROWN CHIARI, LLP |
| **DATE, TIME, AND PLACE OF HEARING:** | At a date and time to be determined by the court before the Honorable Leslie G. Foschio, United States District Court, 68 Court Street, Buffalo, NY 14202 |
| **TIME REQUESTED FOR ORAL ARGUMENT:** | 10 Minutes |
| **RELIEF DEMANDED:** | Order remanding this case for further proceedings to New York State Supreme Court, Erie County. |
| **GROUNDS FOR RELIEF:** | Affidavit of Theresa M. Walsh, Esq., with attached Exhibits; Memorandum of Law; U.S.C. § 1332; Federal Rules of Civil Proceedure |

Pursuant to Local Rule 7.1, Plaintiff intends to file and serve reply papers and as a result, any papers in opposition to this motion are required to be filed and served at least eight (8) business days prior to the return date of the motion.

DATED: Lancaster, New York
March 5, 2007

    S/Theresa M. Walsh
    Theresa M. Walsh, Esq.  for
    BROWN CHIARI LLP
    **Attorneys for Plaintiff**
    5775 Broadway
    Lancaster, New York 14086-2360
    (716) 681-7190
    twalsh@brownchiari.com

TO:    Scott A. Barbour, Esq.
        MCNAMEE LOCHNER
        **Attorneys for Defendant(s)**
        **MILTON CAT**
        677 Broadway
        Albany, NY 12207
        (518) 447-3213

        Kurt B. Gerstner, Esq.
        Campbell, Campbell, Edwards & Conroy
        **Attorneys for Defendant(s)**
        **Caterpillar Inc.**
        One Constitution Plaza
        Boston MA, 02129
        (617) 241-3000