UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WALDEMAR CHABOWSKI

                    Plaintiff

vs.

                    **Docket No. 1:07-cv-102**

CATERPILLAR, INC and
MILTON CAT

                    Defendants

# MEMORANDUM OF LAW

BROWN CHIARI, LLP
**Attorneys for Plaintiff**
5775 Broadway
Lancaster, New York  14086
(716) 681-7190

## **PRELIMINARY STATEMENT**

This Memorandum is submitted in support of Plaintiff's Motion to Remand this matter back to the New York State Supreme Court, Erie County, for further proceedings. This suit was commenced in New York State Supreme Court on January 18, 2007 for personal injuries resulting from Plaintiff's operation of a defective skid steer loader manufactured and sold by defendants. Plaintiff makes this motion on the grounds that the Petition for Removal is defective in that co-defendant Caterpillar Inc. did not file a written notice of consent to removal, and that complete diversity does not exist based on the parties named in the Amended Summons and Complaint.

## **ARGUMENT**

**POINT I:** **DEFENDANT'S PETITION FOR REMOVAL IS DEFECTIVE**

The burden is on the party which removed the action to federal court to demonstrate a (a) jurisdictional basis, (b) compliance with the statutory requirements, and "there is nothing in the removal statute that suggests that a district court has discretion to overlook or excuse prescribed procedures." *Smith v. Kinkead,* No. Civ.10283, 2004 WL 278542, at *1 (S.D.N.Y. Apr. 5, 2004) (citation omitted). In addition, the Second Circuit has instructed that a court is required to "construe the removal statute narrowly, resolving any doubts against removability." *Somlyo v. J. Lu-Rob Enters.,* 932 F.2d 1043, 1045-1046 (2d Cir. 1991); see also, *Wilds v. United Parcel Serv., Inc.*, 262 F.Supp.2d 163, 176 (S.D.N.Y. 2003) ("The defendant's right to remove and the plaintiff's right to choose the forum are not equal, and uncertainties are resolved in favor of remand") (citation omitted). As this Court is aware, one of these procedural requirements for

removal is that all defendants file written notice of consent to the removal. *Owczarek v. The Austin Co.*, 2004 WL 625273 (W.D.N.Y.).

In this case, Caterpillar Inc. was personally served with the Summons and Complaint on January 26, 2007. Caterpillar Inc. served its Answer on February 28, 2007. Caterpillar has not, however, filed a written consent to removal as required. As such, the petition for removal is defective, and the case must be remanded back to New York State Supreme Court.

**POINT II:   COMPLETE DIVERSITY DOES NOT EXIST**

As this court is well aware, 28 USCA §1332 permits removal based on diversity of citizenship. However, "there must be complete diversity of citizenship between all plaintiffs and all defendants named in all claims in order for jurisdiction over any claim to be based upon diversity of citizenship." *K.M.B. Warehouse Distributors Inc. v. Walker Mfg. Co.*, 61 F.3rd 123 (2d Cir. 1995), citing to *Carden v. Arkoma Assocs.,* 494 US 185, 187 (1990).

In this case, the Amended Summons and Complaint filed on March 1, 2007 names Milton CAT as a defendant residing at 2140 Military Rd., Tonawanda, New York 14150. Since Milton CAT has now been identified as a local defendant in the Amended Summons and Complaint, complete diversity does not exist. Therefore, the requirements of 28 USCA § 1332 mandate that this case be remanded to New York State Supreme Court.

## **CONCLUSION**

Based on the above, Plaintiff respectfully requests an Order of this Court remanding the action to the New York State Supreme Court.

DATED: Lancaster, New York
       March 5, 2007

S/Theresa M. Walsh
Theresa M. Walsh, Esq.
BROWN CHIARI, LLP
**Attorneys for Plaintiff**
5775 Broadway
Lancaster, New York 14086
(716) 681-7190
twalsh@brownchiari.com

TO:    Scott Barbour, Esq.
        McNamee Lochner
        **Attorneys for Defendant**
        **Milton CAT**
        677 Broadway
        Albany, New York 12207
        (518) 447-2213

        Kurt B. Gerstner, Esq.
        Campbell, Campbell, Edwards & Conroy
        **Attorneys for Defendant(s)**
        **Caterpillar Inc.**
        One Constitution Plaza
        Boston MA, 02129
        (617) 241-3000